*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps Court of Criminal Appeals

Before
GASTON, BAKER, and HOUTZ
Appellate Military Judges

―――――――――――――

**UNITED STATES**
*Appellee*

**v.**

**Victor MONTEALEGRECHARRO**
Aviation Boatswain's Mate Aircraft Handler Airman (E-3)
U.S. Navy
*Appellant*

**No. 201900303**

Decided: 23 May 2022

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judges:
Ann K. Minami (arraignment)
Kimberly J. Kelly (trial)

Sentence adjudged 8 August 2019 by a special court-martial convened at Naval Base Kitsap, Bremerton, Washington, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1 and confinement for ten months.[1]

For Appellant:
*Major Mary Claire Finnen, USMC*

―――――――――――――

[1] The convening authority suspended confinement in excess of eight months pursuant to a pretrial agreement.

Opinion of the Court

For Appellee:
*Lieutenant Catherine M. Crochetiere, JAGC, USN*

———————————————

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

———————————————

PER CURIAM:

This case is before us for review a second time. During our initial review, we set aside the Convening Authority Action [CA Action] and Entry of Judgment [EOJ] and remanded for new post-trial processing.[2] Following completion of the new CA Action and EOJ, the case has returned to the Court for completion of appellate review.

After careful consideration of the record, submitted without further assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[3]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court

---

[2] *United States v. Montealegrecharro*, No. 201900303, 2021 CCA LEXIS 421 (N-M. Ct. Crim. App. Aug. 20, 2021) (unpublished).

[3] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.